**FILED**

JAN 07 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No. C 14-3330 LHK (PR) |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| SWAFFORD, et al., | |
| Defendants. | |

On July 23, 2014, plaintiff, a California state prisoner, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Alameda County jail medical personnel. (Docket No. 1.) Plaintiff has filed a request to voluntarily withdraw the complaint. (Docket No. 8.)

Plaintiff may voluntarily dismiss his complaint with or without order of this court. *See* Fed. R. Civ. P. 41(a)(1)(A), 41(a)(2). Because no opposing party has been served, plaintiff's request to voluntarily withdraw the complaint is construed as a "notice of dismissal." *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this action is **DISMISSED** without prejudice.

The Clerk shall terminate all pending motions and deadlines and close the file.

IT IS SO ORDERED.

DATED: 1/6/15

LUCY H. KOH
United States District Judge

Notice of Dismissal
P:\PRO-SE\LHK\CR.14\Wilkins330voldis.wpd